UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| YAMIN MOUSSELLI,<br><br>**Plaintiff,**<br><br>vs.<br><br>HUNTER WARFIELD, INC.,<br><br>**Defendant.** | Civil Action No.: 3:23-cv-411<br><br>**NOTICE OF REMOVAL** |

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA:

**PLEASE TAKE NOTICE** that Defendant, Hunter Warfield, Inc. ("Defendant" or "HWI"), by and through its undersigned counsel, respectfully notifies this Court of the removal of the above-captioned matter from the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina, identified by case number 23 CVS 7617, to the United States District Court for the Western District of North Carolina, and shows the Court as follows:

1. This action was commenced in the General Court of Justice Superior Court Division for Mecklenburg County, North Carolina by serving Plaintiff's Complaint on Defendant on June 9, 2023.

2. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Summons is attached hereto as "Exhibit 1" and a true and accurate copy of the Complaint is attached hereto as "Exhibit 2."

3. Defendant was served with the Complaint on June 9, 2023, via USPS. A copy of the proof of service is attached hereto as "Exhibit 3."

4. Plaintiff Yamin Mousselli ("Plaintiff") brought this action against Defendant for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA"), Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), and the North Carolina Collection Practices Act, N.C. Gen. Stat. § 58-70-1, *et seq* ("NCCAA").

5. This Court has original jurisdiction over Plaintiff's FCRA and FDCPA claims pursuant to 28 U.S.C. § 1331 which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. This Court has supplemental jurisdiction over Plaintiff's NCCAA state law claim pursuant to 28 U.S.C. § 1367 against Defendant because this claim arises from the same series of events, arises from the same set of operative fats, relates to the same alleged wrongful conduct, and forms part of the same case or controversy as the federal claims alleged.

7. The General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina is located in the Western District of North Carolina, 28 U.S.C. § 113(c). Venue is proper because this is the "district and division embracing the place where the action is pending." *See* 28 U.S.C. § 1441(a) and 1446(a).

8. The instant Notice of Removal is being filed within thirty (30) days of Defendant being served with the Summons and Complaint. Therefore, pursuant to 28 U.S.C. § 1446(b), the instant Notice of Removal is timely.

9. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties, as required by 28 U.S.C. § 1446(d).

10. Defendant will file a true and accurate copy of this Notice of Removal with the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina, as required by 28 U.S.C. § 1446(d).

**WHEREFORE,** HWI respectfully requests the aforementioned State Court Action, now pending in the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina, be removed to the United States District Court for the Western District of North Carolina

This the 7th day of July, 2023.

                                                  Respectfully submitted,

                                                  /s/ Marissa A. Coyle
Marissa A. Coyle (N.C. Bar No. 42709)
Frost Echols, LLC
P.O. Box 12645
Rock Hill, SC 29731
Phone: (803) 329-8970
Email: marissa.coyle@frostechols.com

*Counsel for Defendant Hunter Warfield, Inc.*

# **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do certify I have served all parties with a copy of the foregoing **NOTICE OF REMOVAL** via the Clerk of Court's ECF system, this the 7th day of July, 2023

PARTIES SERVED:

Rashad Blossom
Blossom Law, PLLC
301 S. McDowell St., Suite 1103
Charlotte, NC 28204
Email: rblossom@blossomlaw.com
*Attorney for Plaintiff*

This the 7th day of July, 2023.

/s/ Marissa A. Coyle
Marissa A. Coyle
*Counsel for Defendant Hunter Warfield, Inc.*
**Frost Echols, LLC**