IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-411-MOC-DCK

| | |
|---|---|
| YAMIN MOUSSELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HUNTER WARFIELD, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Immediate Review Of Order" (Document No. 17) filed May 31, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion without prejudice.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Immediate Review Of Order" (Document No. 17) is **DENIED without prejudice**. The Court notes that if relief is ultimately granted with respect to Plaintiff's "Motion To Compel Deposition Testimony From Hunter Warfield, Inc." (Document No. 14), additional time will be allowed to complete the discovery requested in that motion. Otherwise, the deadlines for discovery completion (**June 14, 2024**) and for dispositive motions (**July 15, 2024**) set in the Court's May 30, 2024 Order (Document No. 16) remain in place.

**SO ORDERED**.

Signed: June 3, 2024

David C. Keesler
United States Magistrate Judge